ORIGINAL

Approved: _____
 ELIZABETH A. ESPINOSA
 Assistant United States Attorney

Before: THE HONORABLE GABRIEL W. GORENSTEIN
 United States Chief Magistrate Judge
 Southern District of New York

- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA        :    19 Mag. _____

 - v. -                         :    RULE 5(c)(3)
                                :    AFFIDAVIT
GREGORY ABBOTT,                 :

        Defendant.              :

- - - - - - - - - - - - - - - - - X

SOUTHERN DISTRICT OF NEW YORK, ss:    19MAG.2399

 SHANNON BIENIEK, being duly sworn, deposes and says that she is a Special Agent with the Federal Bureau of Investigation ("FBI") and charges as follows:

 1. On or about March 11, 2019, the United States District Court for the District of Massachusetts issued a warrant for the arrest (the "Arrest Warrant") of "Gregory Abbott" based on complaint charging "Gregory Abbott" with one count of violating 18 U.S.C. § 1349 (conspiracy to commit mail fraud and honest services mail fraud). A copy of the Arrest Warrant and the complaint are attached as Exhibit A hereto and incorporated by reference herein.

 2. I believe that GREGORY ABBOTT, the defendant, who was arrested by the FBI on March 12, 2019, in the Southern District of New York, is the same person as the "Gregory Abbott" who is wanted by the United States District Court for the District of Massachusetts.

 3. The bases for my knowledge and for the foregoing charge are, in part, as follows:

 a. I am a Special Agent with the FBI. I have been personally involved in determining whether GREGORY ABBOTT, the defendant, is the same individual as the "Gregory Abbott" named in the Arrest Warrant. Because this

Affidavit is being submitted for the limited purpose of establishing the identity of the defendant, I have not included in this Affidavit each and every fact that I have learned. Where I report statements made by others, those statements are described in substance and in part, unless otherwise noted.

    b. Based on my review of documents from proceedings in the United States District Court for the District of Massachusetts, I know that, on or about March 11, 2019, the United States District Court for the District of Massachusetts issued the Arrest Warrant. The Arrest Warrant was based on a complaint charging "Gregory Abbott" with one count of violating 18 U.S.C. § 1349 (conspiracy to commit mail fraud and honest services mail fraud). The complaint was issued in connection with case number 19-MJ-6087-MPK in the District of Massachusetts.

    c. On March 12, 2019, at approximately 6:00 a.m., GREGORY ABBOTT, the defendant, was arrested by the FBI. At the time of arrest, ABBOTT admitted to me that his name is "Gregory Abbott." ABBOTT also provided a copy of a United States Passport in the name "Gregory Abbott" and bearing his photograph.

    d. I have received from other law enforcement officers photographs of the "Gregory Abbott" named and sought in the Arrest Warrant. Based on my personal observations, the photograph provided by other law enforcement officers appears to depict GREGORY ABBOTT, the defendant.

[Intentionally Left Blank]

4. Accordingly, I believe that the "Gregory Abbott" sought in the Arrest Warrant is the defendant, GREGORY ABBOTT.

WHEREFORE, I respectfully request that GREGORY ABBOTT, the defendant, be imprisoned or bailed as the case may be.

_____
SHANNON BIENIEK
Special Agent
Federal Bureau of Investigation

Sworn to before me this
12th day of March, 2019.

_____
THE HONORABLE GABRIEL W. GORENSTEIN
United States Chief Magistrate Judge
Southern District of New York

# EXHIBIT A

≈JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**            **U.S. District Court - District of Massachusetts**

**Place of Offense:**     **Category No.** 1     **Investigating Agency** FBI

**City** Boston

**County** Middlesex

**Related Case Information:**

Superseding Ind./ Inf. _____ Case No. 19-MJ-6087-MPK
Same Defendant _____ New Defendant X
Magistrate Judge Case Number _____
Search Warrant Case Number  See additional information
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Gregory Abbott     Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) New York, NY

Birth date (Yr only): 1950   SSN (last4#): 6967   Sex M   Race: White   Nationality: USA

Defense Counsel if known: _____   Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA Eric S. Rosen     Bar Number if applicable NY4412326

Interpreter: ☐ Yes ☑ No    List language and/or dialect: _____

Victims: ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

Matter to be SEALED: ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: March 11, 2019     Signature of AUSA: _[signature]_

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk):   19-MJ-6087-MPK

**Name of Defendant**   Gregory Abbott

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail Fraud | 1 |
| Set 2 | | & Honest Services Mail Fraud | |
| Set 3 | | | 1 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

USAMA CRIM - Criminal Case Cover Sheet.pdf 3/4/2013

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Massachusetts

| | | |
|---|---|---|
| United States of America<br>v.<br>GREGORY ABBOTT<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 19-MJ-6087-MPK |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **GREGORY ABBOTT**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Mail Fraud and Honest Services Mail Fraud (18 U.S.C. § 1349)

Date: 03/11/2019

*Issuing officer's signature*

City and state: Boston, MA

M. Page Kelley, Magistrate Judge
*Printed name and title*

### Return

| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ |
|---|
| at *(city and state)* _____ . |

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.

*(Not for Public Disclosure)*

Name of defendant/offender: __Gregory Abbott__

Known aliases: _____

Last known residence: __1020 5th Avenue, Apt 4A, New York, NY 10028__

Prior addresses to which defendant/offender may still have ties: __1200 Kessler Dr., Aspen, CO 81611__

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: __05/02/1950__

Social Security number: __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__

Height: _____ Weight: _____

Sex: __M__ Race: __White__

Hair: _____ Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>GREGORY ABBOTT, MARCIA ABBOTT, GAMAL ABDELAZIZ, DIANE BLAKE, TODD BLAKE, JANE BUCKINGHAM, GORDON CAPLAN, I-HSIN CHEN<br>(see below for additional names)<br><br>*Defendant(s)* | Case No.<br>MJ No. 19-6087-MPK |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __2011 to the present__ in the county of __Suffolk and elsewhere__ in the _____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 1349 | Conspiracy to commit mail fraud and honest services mail fraud |

This criminal complaint is based on these facts:

See Affidavit of FBI SA Laura Smith. Amy and Gregory Colburn, Robert Flaxman, Mossimo Giannulli, Elizabeth and Manuel Henriquez, Douglas Hodge, Felicity Huffman, Agustin Huneeus Jr., Bruce and Davina Isackson, Michelle Janavs, Elisabeth Kimmel, Marjorie Klapper, Lori Loughlin, Toby MacFarlane, William McGlashan Jr., Marci Palatella, Peter Jan Sartorio, Stephen Semprevivo, Devin Sloane, John Wilson, Homayoun Zadeh, Robert Zangrillo

☐ Continued on the attached sheet.

*Complainant's signature*

Laura Smith, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __03/11/2019__

City and state: __Boston, Massachusetts__    Hon. M. Page Kelley, USMJ
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Laura Smith, being duly sworn, state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") assigned to the Boston, Massachusetts Field Office. I joined the FBI in 2010 as a forensic accountant conducting complex financial investigations. I am currently a special agent on a squad that investigates economic crimes, including various forms of corporate fraud, securities fraud and bribery. I hold a Bachelor's degree in Criminal Justice-Economic Crimes Investigation and a Master's degree in Accounting. As an FBI Special Agent, I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), in that I am empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516.

2. I make this affidavit in support of criminal complaints charging the following individuals (collectively, "the defendants") with conspiracy to commit mail fraud and honest services mail fraud, in violation of Title 18, United States Code, Section 1349:

| DEFENDANT | PAGE |
|---|---|
| GREGORY ABBOTT | 36 |
| MARCIA ABBOTT | 36 |
| GAMAL ABDELAZIZ | 83 |
| DIANE BLAKE | 169 |
| TODD BLAKE | 169 |
| JANE BUCKINGHAM | 15 |
| GORDON CAPLAN | 22 |
| I-HSIN "JOEY" CHEN | 42 |
| AMY COLBURN | 193 |